FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDERTHE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____2<u>|ST</u>_____ DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

OCT 09 2015

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

<u>CHarles Aaron Cundiff</u>
(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. <u>2015-01904</u>

V.                        CASE NO. _____<u>15-2212</u>_____

<u>Crawford County</u>
<u>Detention Center</u>
_____

(Enter above the <u>full</u> name of the defendant,
or defendants, in this action.)

I.    Previous Lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same
      facts involved in this action?

      Yes _____          No _X_

B.    If your answer to A is yes, describe each lawsuit in the space below <u>including the
      exact plaintiff name or alias used.</u>  (If there is more than one lawsuit, describe
      the additional lawsuits on another piece of paper, using the same outline.)

      1.    Parties to this lawsuit

            Plaintiffs: _____

            _____

            Defendants: _____

            _____

      2.    Court (if federal court, name the district; if state, name the county:

            _____

            _____

-1-

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _____

Crawford County Detettion Center

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes ✓           No _____

B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: _____

_____

_____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of plaintiff: Charles Aaron Cundiff

Address: ~~scribbled out~~

A.C. 317 Main St P.O. Box 226
Van Buren, Ar. 72956

-2-

(In Item B below, place the __full__ name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

**B.**  Defendant: Judge Mike Medlock

Position: Judge

Place of Employment: Twenty-First Judical District courthouse

Address: 220 South 4th street Suite B Van Buren AR 72956

Defendant: Mark McCune

Position: Prosecuting Attorney

Place of Employment: Twenty-first Judicial District

Address: 206 So. 3rd street Van-Buren, Ar 72956

Defendant: S. Ryan Norris

Position: Public Defender

Place of Employment: Twenty-first Judicial District

Address: 305 Webster St. Van Buren Ar 72956

Defendant: Stephen Nelson

Position: Doctor

Place of Employment: Crawford County Detention Center

Address: P.O. Box 276 Van Buren, Ar 72956

Defendant: Laurie Walls

Position: Nurse/Veterarian

Place of Employment: Crawford County Detention Center

Address: P.O. Box 276 Van Buren, Ar 72956

-3-

Vena Cupp
Leutenant
Crawford County Detention Center
317 main St P.O. Box 276 Van Buren Ar 72956


Jen Jones
SGt.
Crawford County Dentention Center
317 Main St P.O Box 276 Van Buren Ar. 72956

CHECK ONE: _____ GRIEVANCE ___✓___ REQUEST

DATE: 7 / 16 / 15                    CELL BLOCK || - D

INMATE NAME: Charles Cundiff      D.O.B || / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

I need that 983 form that my Lawyer
sent me. I know Ryan norris sent It Because
he asked me If I had got It yet. So It needs
to be given to me.

Thank you

DEPUTY RECEIVING FORM: _____

DSN# 2291          DATE 07 / 16 / 205

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:

RESPONSE GIVEN BY: _____

DATE ___ / ___ / ___

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE:     ✓ GRIEVANCE     _____ REQUEST

DATE: 7 / 9 / 15      CELL BLOCK 11 - D

INMATE NAME: Charles Cundiff D.O.B. 11 / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

Did I not take the five pills for scabies
on 6/17/15 or 6/18/15. So in doing that I quess
I did comply the first time and it didn't work.
And that is after the nurse Impired I didn't
Acyl scabies or said doctor did not say I had
scabies. And on that time since Nurse would not
confirm I had scabies, I did not want to take meds for
something undetectable. They insinuated I didn't have
so I got locked down (punished) and was forced to take
meds for something they insinuated I didn't have.
So I frll your accusations are false, I did comply.
And I still I need skin sampled to be tested. Is Hospital that is
the next step so I'm asking again to go to doctor Hospital for illness.

DEPUTY RECEIVING FORM: _____

DSN# _____ DATE ___ / ___ / ___

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE: _____

State of Arkansas County Crawford
On this 15th day of July 15 before me
personally appeared Charles Cundiff to me
known to be the person who executed the foregoing
instrument, and acknowledged that he executed
the same as his free act and deed.
(Signed) _____
Notary Public

RESPONSE GIVEN BY: _____

DATE ___ / ___ / ___

( I do not take meds for the fun of it.
It goes against what I believe in, not
trying to inconvenient this facility in any way. )

Thank you

We have a medical staff - Due to you not complying with their instructions this is why you are still having problems with your refusal to comply - there is nothing else that we can do. As of today, there is still medication that has not been taken that was ordered for you on July 5th 2015

With this non-compliance there is nothing else that we can do

H Cupp
7/15/15

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE ✓ REQUEST

DATE: 7/6/15                    CELL BLOCK 11 - D

INMATE NAME: Charles Cundiff D.O.B. 11/7/74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):
Was wondering If your not going to take me
to get proper care for my Illness. which
would be a skin test at Hospital Since THIS Facility
Isn't equipt to do so. Then Let me get a signature
Bond. On first #4 I didn't miss court It was
Late. all you have to do Is look at court date
and look and see when I was arrested. It was the
same morning. The second one bonding company
went out of business. There phone# was unreachable.
I tried to get ahold of them. Phone was dIsConnected. and
It was surrendered. (The Bond) Call Bonnelle Booney @ PD.
I never tried to run from them. THIS. so I can get
treatment for myself. If yall cant going to do It.

DEPUTY RECEIVING FORM: _____
                        DSN# _____ DATE __/__/__

ACTION TAKEN: _____
_____
_____
_____

FORWARDED TO: _____

RESPONSE:
Mr Cundiff, if you would co-operate with
our medical staff there would not be a
problem - refusing medication will get you
nowhere.

RESPONSE GIVEN BY: St Cupp
                        DATE 7-7-15

Lt. Cupp

Lt. Cupp

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE   ✓ REQUEST

DATE: 7/4/15   CELL BLOCK: 11-D

INMATE NAME: Charles Cundiff   D.O.B. 11/7/74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

I sent out the Definition of
Scabies to get copy on 2nd shift.
Can I please get that return to me
copy copied or not.

(It was on notebook paper)

Thank you

Charles
Cundiff

DEPUTY RECEIVING FORM: CPL Young
DSN# 2600   DATE 7/4/15

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:
We are not medical personnel. Will be put
in the nurses box for her to give you your definition

RESPONSE GIVEN BY: CPL Young
DATE 7/4/15

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: ✓ GRIEVANCE ✓ REQUEST

DATE: 7/3/15     CELL BLOCK: 11 - D

INMATE NAME: Charles Cundiff   D.O.B 11/7/74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

First off Its Hot As Hell Back Here. So there for the four people Back Here that has scabbies IS Itching Like a flea ridden dog.

I want to go to Hospital. I will not see your nurse or doctor. I have already Have seen them, and now I want a second opinion. There IS no Humoir In this power trip and my well Being Hospital IS the only people or place I want. Thank you

Charles Cundiff

DEPUTY RECEIVING FORM: Bradford

DSN# 2612     DATE 7/3/15

ACTION TAKEN:

FORWARDED TO: Sgt. Jones

RESPONSE:
The heat and air company has been notified. Secondly, you are more than welcome to fill out a Nurse request. But, we are not gonna take you to the hospital

RESPONSE GIVEN BY: Sgt. Jones #389

DATE 7/3/15

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE ✓ REQUEST

DATE: 6 / 30 / 15          CELL BLOCK 11 - D

INMATE NAME: Charles Cundiff D.O.B 11 / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

I ItcH Between my Legs, Butt, Butt crack
face, chin, cheeks, for Ready head, Penis, Balls
shoulder, loWer Legs, Toes, arms, Took meds
for Scabbies. But they wouldn't Put In Writeing
that I had Scabbies. I'm not going to see
nurse, they don't (nurse, you, staff, doctor) treat.
y'all
Inmates's like humans, But that IS fine I
will be getting a attorney Lawyer this week
or next week. And Beleive me I will be Fileing
a lawsuit against y'all, when I get out. nurse
has no right DiscUssing whAt IS wrong with me to other ENT'll
Inmates

DEPUTY RECEIVING FORM: _____
DSN# 2093          DATE 06 / 30 / 2015

ACTION TAKEN:
_____
_____
_____
_____

FORWARDED TO: _____

RESPONSE:
You need to fill out a nurse requet.
_____
_____

RESPONSE GIVEN BY: Sgt- Jones
                    DATE 6 / 30 / 15

Thank you
Charles Cundiff

- Lt. Cupp only
I want a copy.

need a copy

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: ✓ GRIEVANCE ✓ REQUEST

DATE: 6 / 11 /15          CELL BLOCK 11 - J.

INMATE NAME: Charles Cundiff          D.O.B 11 / 7 /74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

Grievances Are for the Lt, Cup not
for the nurses eyes, She Should of
not even seen it, This not a game
and we arent animals, we are humans
and need to be treated Like humans.


(This IS a request)

        I need Paul Efurds phone number
He IS a lawyer out of Charleston Ar.


DEPUTY RECEIVING FORM: _____
                    DSN#_____      DATE ___/___/___
ACTION TAKEN:
_____
_____
_____
_____

FORWARDED TO: _____

RESPONSE:
_____
_____
_____

RESPONSE GIVEN BY: _____
                        DATE ___/___/___


need a copy

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
### VAN BUREN AR, 72956

CHECK ONE: ✓ **GRIEVANCE** _____ **REQUEST**

DATE: 0/11/15  CELL BLOCK 11 - J

INMATE NAME: Charles Candiff  D.O.B 11/7/74

**WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):**

① THIS IS BullshIt, Y'all have a man
In here That could Have T.B. And This Jail
has a "nurse" not Doctor blowing him off
and PutTing his life and Ours at risk. Someones
Life Is not to be Played with. There Should be
no hesitation on taken him to hospital

And I want a TB test

**DEPUTY RECEIVING FORM:** _____
DSN# _____  DATE ___ / ___ / ___

**ACTION TAKEN:** _____
_____
_____
_____

**FORWARDED TO:** _____

**RESPONSE:**
You refused your TB test Tuesday + I spoke with
you Wednesday about this  I will administer a TB
test to you next week. We have a protocol in place
in regards to your complaint + are acting appropriately.

**RESPONSE GIVEN BY:** Renee Walls
DATE 6/11/15

Lt. Culp

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
### VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE ___✓___ REQUEST

DATE: 7/13/15                    CELL BLOCK 11 - D

INMATE NAME: Charles Cundeff  D.O.B 1/17/74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

Want to know what the name
of meds. and what they were for.

Transaction #13494/

Receipt # 70959

DEPUTY RECEIVING FORM: _____
DSN# 2288                    DATE __/__/__

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:
Sulfa/Trimeth - antibiotic
Stromectol - nash

RESPONSE GIVEN BY: St Cupp
DATE 7/14/15

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE __✓__ REQUEST

DATE: 8 / 27 / 15                    CELL BLOCK: 11 - G

INMATE NAME: Charles Cundtff          D.O.B 11 / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

_____ Would LIKe to go to Law LIbrary
to Look up some Legal matter on my case.

_____ Thank you

_____ Charles Aaron Cundiff

DEPUTY RECEIVING FORM: Bradford
                  DSN# 2612              DATE 8 / 27 / 15

ACTION TAKEN:

FORWARDED TO: Sgt. Jones

RESPONSE: You need to get in contact with
your attorney. to get this information

RESPONSE GIVEN BY Sgt. Jones #389
                              DATE 8 /27 /15

Jail Supervisor

Jail Supervisor

*I want a copy*

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE  ✓ REQUEST

DATE: 8 / 29 / 15   CELL BLOCK 11 - G

INMATE NAME: Charles Cundiff  D.O.B 11 / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

I need Lt. CUPPS full name for 1983
form. ~~this~~ This is the third time I have
Requested this.

DEPUTY RECEIVING FORM: Pyle
DSN# 2438   DATE 8 / 29 / 15

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:

RESPONSE GIVEN BY: _____
DATE ___ / ___ / ___

54
10

540.00
10
00

54
10

54
10
540.

*I want a copy*

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE ___✓___ REQUEST

DATE: 8/29/15                    CELL BLOCK 11 - G

INMATE NAME: Charles Cundiff        D.O.B 11/7/74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

I need the Doctors full name for 1983
form. This is the third time I have ~~ordered~~
requested this.

DEPUTY RECEIVING FORM: Pyle

DSN# 3438        DATE 8/29/15

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:

RESPONSE GIVEN BY: _____

DATE ____/____/____

*I want a copy*

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
## VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE __✓__ REQUEST

DATE: 8 / 29 / 15                    CELL BLOCK 11 - G

INMATE NAME: Charles Cundiff            D.O.B 11 / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):
I need SGt. Jones full name for
1983 form. This is the third time I have requested
This.

DEPUTY RECEIVING FORM: Pyle
                DSN# 5438            DATE 8 / 29 / 15

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:

RESPONSE GIVEN BY: _____
                        DATE ___ / ___ / ___

NURSE WALLS

CHECK ONE: _____ GRIEVANCE ✓ REQUEST

DATE: 7/31/15          CELL BLOCK 11 - D

INMATE NAME: Charles Cundiff          D.O.B 11 / 7 / 74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

I need to know name of medication
I just got through, taken from about
7/21/15 to about 7/29/15

Thank you

DEPUTY RECEIVING FORM: Law - Patterson
                    DSN# 2292          DATE ___/___/___

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE:
Prednisone + benadryl - for Itch

RESPONSE GIVEN BY: Laurie Walls
                              DATE 8/ 1 /15

# CRAWFORD COUNTY SHERIFF DEPARTMENT
## P.O. BOX 276 * 317 MAIN STREET
### VAN BUREN AR, 72956

CHECK ONE: _____ GRIEVANCE ___✓___ REQUEST

DATE: 7/13/15                    CELL BLOCK 11 - D

INMATE NAME: Charles Cundeff    D.O.B 1/17/74

WRITTEN EXPLANATION (LIMIT TO ONE SUBJECT):

Want to know what the name
of meds, and what they were for.

Transaction #13494/

Receipt # 70959

DEPUTY RECEIVING FORM: _____

DSN# 2255            DATE ___/___/___

ACTION TAKEN:

FORWARDED TO: _____

RESPONSE: Sulfa/Trimeth - antibiotic
Stromectol - (nash)

RESPONSE GIVEN BY: _____    DATE 1/14/15

Judge Medlock,

Sorry to trouble you, And I did write
my attorny. But I dont believe He knows the
importance of communication. I'll try not to
waste to much of your time. So, this is my
deal, I still have a face that itches, butt, and
thighs. I saw nurse & doctor at Jail. I've seen
nurse for problem at least 4 times and Doctor
twice. Just like I am exspected from facility.
my bill at Jail is now at least $150 for doctor
bill. And still they have not ran one test on me
to pin-point problem. They just keep prescribeing
meds to treat me and trouble shooting problem
like I'm a lab rat. I'm tired of Itch problem.
I have had this problem for 2 months and have done
what they have asked of me. But with out proper
testing, problem will never be resolved. If anyway possible
can I get a signature bond or a bond reduction
Please. I have
two F.T.A.s But the first one I got for being
Late on 9/3/14 and the second one was because
couldn't get ahold of bondsman to get court date
believe me I tried. But they went out of business
and Phone # I had was out of service. The Jail
and Doctor said they will not take me to hospital
So I'm begging the court for a chance to take
myself. And also I need attorny to help with 1983 form
with Sargent Pinnock Charles Chastff

Charles Aaron Cundiff
CRAWFORD COUNTY DETENTION CENTER
INDIGENT INMATE MAIL
317 MAIN ST.
P.O. BOX 276
VAN BUREN, AR  72956



USA FOREVER

Attorney General of ar.
Dustin McDaniel
323 Center St, Suite 200
Little Rock ar. 72201

© 2014 USPS recycled

Im a Inmate at Crawford County
I think I have scabbies. I went
the doctor and He prescribed
Meds. for Illness (scabbies) They wont
~~scabbie~~ verbly say or give
It to me In writing
~~they cant~~ nurse for the Jail said
I could not have any copy's of any
medical papers. So They wont say
I have scabbies Just want me
to take meds. for It. I told
Them Im not takeing meds If
I dont have Scabbies. So They
Put me In lock down for no
Reason. ~~And~~ charged me $50.00
And I have no money on books.
So there for IM In need of
~~2~~ 1983 forms & 2 step down Greivance
      Thank you Charles Cundiff



## ATTORNEY GENERAL
## STATE OF ARKANSAS
## LESLIE RUTLEDGE

**MEMORANDUM**

To: Charles Cundiff
From: Arkansas Attorney General
Date: June 26, 2015
Re: Letter

Thank you for contacting the Office of the Arkansas Attorney General regarding assistance in obtaining grievance forms from the Crawford County Detention Center.

Please be advised that the Attorney General has no authority to assist you in this matter. The Attorney General has no disciplinary or administrative authority over jails or detention centers. Furthermore, the duty of the Attorney General to represent the State of Arkansas and its agencies in criminal appeals and civil cases creates a conflict of interest that prohibits the Attorney General's Office from providing individuals or defendants with private legal advice or guidance.

Therefore, you should consult a public or private attorney, as he or she will be better able to advise you of your legal rights and options in this matter.

Charles Cundiff
P.O. Box 27e
Van Buren Ar,
In House Mail    72956



02 1P    $ 001.86⁰
0001717528    SEP 11 2015
MAILED FROM ZIP CODE 72956

Honorable James R. Marschewski
United States Magistrate Judge
P.
Fo

```
NIXIE      729022010-1N        09/18/15

     RETURN  TO  SENDER
     UNABLE  TO  FORWARD
     UNABLE  TO  FORWARD
     RETURN  TO  SENDER

IIII.II.II.III.III.III.III.III.II.III.III.II.III.III.III.III.III
```



Harmond County Sheriff
P. O. Box 476
Deer Harbor, OR 72xxxx

