IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES AARON CUNDIFF                                                                    PLAINTIFF

v.                    Civil No. 2:15-CV-02212-PKH-MEF

SGT. JEN JONES                                                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 27th day of October, 2016.

*/s/ P. K. Holmes,* III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE